FILED

08/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0302

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0302

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

SARAH MARIE GRADY
AKA SARAH MARIE STRONG-MITCHELL,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 29, 2021, to prepare, file, and serve the Appellant's opening brief.

STATE OF MONTANA          )
                                       : ss.
County of Missoula         )

     I, Danny Tenenbaum, in compliance with M. R. App. P. 26(2), declare:

     1.    I am a licensed, practicing attorney in the State of Montana, and I am currently employed by the Appellate Defender Division as an Assistant Appellate Defender.

     2.    This is the first extension I have requested since being assigned the case in June 2021.

     3.    Additional time will be needed for assigned counsel to be able to provide effective assistance of counsel.

     4.    Opposing counsel has been contacted concerning this motion and does not object.

/s/ Danny Tenenbaum        July 23, 2021
Danny Tenenbaum, Missoula, MT    Date

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 30 2021